IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff | * |
| v. | *    CIVIL NO. 07-1341 (JP) |
| $12,000 IN U.S. CURRENCY, | * |
| Defendant | * |

### JUDGMENT

The Court has before it a joint stipulation for settlement (**No. 17**) submitted by Plaintiff United States of America and by Claimant Raúl Omar Zayas-Ruiz. The Court incorporates the settlement agreement into this judgment, and **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the complaint. This judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of October, 2007.

s/Jaime Pieras, Jr.
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE